Joel E. Tasca, Esq.
Nevada Bar No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com

*Attorneys for Defendant*
*Specialized Loan Servicing LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RAMON SARTI, an individual;<br><br>Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING INC., a Corporation, DOES I through X inclusive;<br><br>Defendants. | CASE NO. 2:22-cv-00698-GMN-BNW<br><br>NOTICE OF DISASSOCIATION OF COUNSEL AND MOTION TO WITHDRAW |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please take notice that Andrew S. Clark, Esq. is no longer associated with Ballard Spahr LLP, counsel of record for Defendant Specialized Loan Servicing LLC.

Accordingly, Counsel requests that the court allow Mr. Clark to withdraw from this representation and remove him from the ECF service and notification list. Joel E. Tasca, Esq. of Ballard Spahr LLP will remain counsel of record for Defendant Specialized Loan Servicing LLC.

Dated: December 28, 2022.

BALLARD SPAHR LLP

By: Joel E. Tasca
Joel E. Tasca, Esq.
Nevada Bar No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
tasca@ballardspahr.com

**ORDER**

**IT IS SO ORDERED**
**DATED:** 12:58 pm, December 29, 2022

*[signature]*
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

DMFIRM #406158426 v1

*Attorneys for Defendant*
*Specialized Loan Servicing LLC*

2

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

DMFIRM #406158426 v1

# CERTIFICATE OF SERVICE

I certify that on December 28, 2022, I served the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL AND MOTION TO WITHDRAW** on the following parties via the court's electronic service system:

Michael J. Harker Esq.
2901 El Camino Avenue
Suite #200
Las Vegas, Nevada 89102

*Attorney for Plaintiff*

/s/Adam Crawford
An employee of BALLARD SPAHR LLP

3

DMFIRM #406158426 v1